KAREN L. LOEFFLER
United States Attorney

AUDREY J. RENSCHN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Email: audrey.renschen@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. |
|---|---|---|
| Plaintiff, | ) | |
| | ) | <u>COUNT 1</u>: |
| | ) | POSSESSION OF CHILD |
| v. | ) | PORNOGRAPHY |
| | ) | Vio. of 18 U.S.C. § 2252(a)(4) and |
| LESLIE ROBERT WARNKE, | ) | (b)(2) |
| | ) | |
| Defendant. | ) | <u>CRIMINAL FORFEITURE</u> |
| | ) | <u>ALLEGATION</u>: |
| | ) | 26 U.S.C. § 2253(a)(1) and (a)(3) |
| | ) | |

<u>I N D I C T M E N T</u>

The Grand Jury charges that:

<u>COUNT 1</u>

Beginning on or about August 23, 2011, and continuing until on or about May 10, 2013, within the District of Alaska and elsewhere, the defendant, LESLIE ROBERT WARNKE did knowingly possess at least one

matter which contains any visual depiction that had been shipped and transported in and affecting interstate and foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

All of which is in violation of 18 U.S.C. §§ 2252(a)(4) and (b)(2).

CRIMINAL FORFEITURE ALLEGATION

Upon conviction of the above-alleged offenses, the defendant, LESLIE ROBERT WARNKE, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3), all visual depictions described in Title 18, United States Code, Section 2252, and any property, real or personal, used or intended to be used to commit or promote the commission of such offense or any property traceable thereto, including but not limited to a Toshiba laptop computer with the serial number 5B406019Q.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Audrey J. Renschen
AUDREY J. RENSCHEN
United States of America
Assistant U.S. Attorney

s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States of America
United States Attorney

DATE: 11/20/2013